10 So.3d 644 (2009)
David A. BUTLER, Appellant,
v.
STATE of Florida, Appellee.
No. 2D08-3190.
District Court of Appeal of Florida, Second District.
March 6, 2009.
Rehearing Denied June 24, 2009.
David A. Butler, pro se.
Bill McCollum, Attorney General, Tallahassee, and Elba Caridad Martin, Assistant Attorney General, Tampa, for Appellee.
PER CURIAM.
Affirmed. See Drumwright v. State, 572 So.2d 1029, 1030-31 (Fla. 5th DCA 1991).
DAVIS, SILBERMAN, and CRENSHAW, JJ., Concur.